UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | 1:19 Cr. 874-2 (GBD) |
| - v. - | **NOTICE OF APPEARANCE** <br> **(PRO HAC VICE MOTION** <br> **PENDING)** |
| ULRIK DEBO, Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    I, Bruce H. Searby, an attorney licensed to practice law in the State of California and the District of Columbia and associated with the firm of Searby LLP, having filed a pending motion for admission to practice *pro hac vice,* hereby give notice of my appearance for the above-referenced defendant in the above-entitled criminal action, pursuant to Local Criminal Rule 1.2.

Dated this 12th day of June, 2020.   Respectfully submitted,

/s/ Bruce H. Searby
Bruce H. Searby* (DC #1012382)
SEARBY LLP
1627 Connecticut Ave, NW, Suite 4
Washington, D.C. 20009
Tel: (202) 750-6106
Fax: (202) 849-2122
Email: bsearby@searby.law

*Pro hac vice motion pending*

COUNSEL FOR DEFENDANT ULRIK DEBO