March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -v-

Ulrik Debo,                    ,
                        Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 874 (GBD)(__)

Defendant __Ulrik Debo,_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

[X] Initial Appearance/Appointment of Counsel

[X] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

[ ] Preliminary Hearing on Felony Complaint

[ ] Bail/Revocation/Detention Hearing

[ ] Status and/or Scheduling Conference

[ ] Misdemeanor Plea/Trial/Sentence

_/s/_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Ulrik Debo**
Print Defendant's Name

_____
Defense Counsel's Signature

**Bruce Searby**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

June 15, 2020
Date

_____
JAMES L. COTT
United States Magistrate Judge