**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

United States of America, Plaintiff,

-against-

Ulrik Debo, Defendant.

1:19 cr 874-2 (GBD)

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Bruce H. Searby__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Defendant Ulrik Debo__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California and the District of Columbia__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

Respectfully Submitted,

Applicant Signature: _[signature]_

Applicant's Name: Bruce H. Searby

Firm Name: Searby LLP

Address: 1627 Connecticut Ave, NW Ste. 4

City/State/Zip: Washington, DC 20009

Telephone/Fax: 202-750-6106 / 202-849-2122

Email: bsearby@searby.law