UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


UNITED STATES OF AMERICA, Plaintiff,

1:19 Cr. 874-2 (GBD)

- v. -

**AFFIDAVIT FOR
PRO HAC VICE ADMISSION**

ULRIK DEBO, Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )


Bruce H. Searby, being duly sworn, deposes and says:

1. I am an attorney licensed to practice law in the State of California and the District of Columbia and am associated with the firm of Searby LLP, attorneys for the above-referenced defendant named in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 1.3 of the Local Rules for the Southern District of New York, in support of my admission *pro hac vice* so that I can be in position to enter an appearance for defendant.

3.  I affirm that (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and (c) there are no disciplinary proceedings presently against me.

Dated: Washington, DC

June 9, 2020

_____
Bruce H. Searby

Sworn to before me this 9th
day of June, 2020

_____
Notary Public