UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America, Plaintiff,

-against-

Ulrik Debo, Defendant.

1:19-cr-874-2 (GBD)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Bruce H. Searby, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California and the District of Columbia; and that his/her contact information is as follows (please print):

Applicant's Name: Bruce H. Searby
Firm Name: Searby LLP
Address: 1627 Connecticut Ave., NW Suite 4
City / State / Zip: Washington, DC 20009
Telephone / Fax: 202-750-6106 / 202-849-2122

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Ulrik Debo in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____

United States District / Magistrate Judge