U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza,*
*New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 6 2020

July 5, 2020

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 0 6 2020

**BY EMAIL AND ECF**
The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street,
New York, New York 10007

The status conference scheduled for July 14, 2020 is adjourned to August 18, 2020 at 10:00 a.m.

Re:   United States v. Ulrik Debo, 19 Cr. 874 (GBD)

Dear Judge Daniels:

The Government submits this joint letter on behalf of the parties, to propose the following conditions for the defendant's pretrial release. By way of background, the defendant was extradited from the United Kingdom on June 12, 2020, was presented and arraigned in Magistrate Court on June 15, 2020 and was detained on consent without prejudice at that time. The parties' proposed bail conditions are:

- $900,000 personal recognizance bond secured by residential property at Flat 22 Wentworth House, Irving Mews, London N1 2FP owned by Joanne Godbold;
- Co-signed by Joanne Godbold and Timothy Cocker;
- Home detention at a location approved by both Pretrial Services and the Government with GPS monitoring and permission to leave the residence only for medical appointments, court appearances, meetings with counsel, and other purposes that are approved in advance by both Pretrial Services and the Government;
- Travel limited to SDNY;
- No contact with co-defendants or co-conspirators except in the presence of counsel;
- Surrender of all passports and travel documents and no new applications to any country;
- Strict Pretrial Supervision;
- Defendant is only permitted internet access subject to monitoring and supervision by Pretrial Services;
- Adherence to all other standard conditions of release; and
- Defendant to be released upon own signature and upon placement and installation of GPS monitoring by Pretrial Services. All other conditions to be satisfied within 3 days. With respect to the real property security described above, the conditions to be satisfied within 3 days are: execution of all documents necessary to place a legally cognizable lien on the property located at Flat 22 Wentworth House, Irving Mews, London N1 2FP in favor of the Department of Justice by Joanne Godbold

and submission of all such documents to the proper United Kingdom authorities in order to effectuate a legally cognizable lien in favor of the Department of Justice. The recording of the lien by the land registry may occur after the deadline, up to 60 days.

Additionally, as discussed with Chambers, the parties consent to adjourn the initial conference currently scheduled for July 14, 2020 and are available to appear for an initial conference on August 18, 2020 at 10:00 a.m., or such date as is convenient to the Court. A proposed order to exclude time will be submitted separately for this Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /S/
Vladislav Vainberg
Noah Solowiejczyk
Assistant United States Attorneys

cc (by email): Bruce Searby, Esq., attorney for Ulrik Debo