UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

       - v. -

ULRIK DEBO

             Defendant.

- - - - - - - - - - - - - - - - - -X

ORDER

19 Cr. 874 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 6 2020

        Upon the application of the United States of America,
by and through Assistant United States Attorneys Noah
Solowiejczyk and Vladislav Vainberg, and with the consent of the
defendant, by and through his counsel, Bruce Searby, Esq., it is
hereby ORDERED that the time between July 14, 2020 and
_August 18_____, 2020 is excluded under the Speedy Trial
Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

        The court finds that the ends of justice served by
granting a continuance outweigh the best interests of the public
and the defendant in a speedy trial, because it would permit the
parties to further discuss possible pre-trial disposition of
this matter.

Dated: New York, New York
      July **6** , 2020

_George B. Daniels_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE