```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 16 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

ULRIK DEBO,

              Defendant.

------------------------------------- x

ORDER

19 Cr. 874-2 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is directed to close the motion at ECF No. 32.

Dated: New York, New York
       February 16, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge